```
                                        ✓ FILED        ___ RECEIVED
                                        ___ ENTERED    ___ SERVED ON
                                              COUNSEL/PARTIES OF RECORD
```

1  DANIEL G. BOGDEN
   United States Attorney
2  RONALD C. RACHOW        NOV 2 8 2012
   Assistant United States Attorney
3  100 W. Liberty Street, Suite 600
   Reno, Nevada 89501      CLERK US DISTRICT COURT
4  Tel: (775) 784-5438       DISTRICT OF NEVADA
                           BY: _____ DEPUTY
5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:12-CR-0119-MMD-WGC |
| Plaintiff, | |
| v. | INDICTMENT FOR VIOLATION OF: |
| KRISTINE M. STEPHENS, | TITLE 29, UNITED STATES CODE, SECTION 501(c) - Embezzlement and Theft of Labor Union Assets - (Count One) |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

### Embezzlement and Theft of Labor Union Assets

Beginning on or about February, 2008, and continuing to October, 2010, in the District of Nevada, the defendant, KRISTINE M. STEPHENS, while a person employed directly and indirectly by Painters Local 567, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use and/or the use of another, the monies and funds of said labor organization in the approximate amount of $80,000; in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*[signature]*

RONALD C. RACHOW
Assistant United States Attorney

1